AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DIANE SANDUSKY, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

FLOWERS BY JENI, INC. AND BOAZ EREZ,
Defendants

CASE NUMBER 1:06CV02040

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 11/29/2006

TO: (Name and address of Defendant)

FLOWERS BY JENI, INC.
5648 3rd Street, N.E.
Washington, DC 20041
 C/o Resident Agent: Business Filings, Inc., 1015 15th St.,
N.W. Washington, DC 20041

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Edward Rubin
The Rubin Employment Law Firm, P.C.
11 North Washington Street, Suite 520
Rockville, MD 20850

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     NOV 29 2006
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    G  Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    *[signature]*
                  Date               *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:06CV02040

Plaintiff:
**Diane Sandusky**

vs.

Defendant:
**Flowers by Jeni, Inc. and Boaz Erez**

Received by ESQ Process Servers to be served on **FLOWERS BY JENI INC., 5648 3rd Street, NE, Washington, DC 20041.**

I, Lloyd Ferguson, being duly sworn, depose and say that on the **27th day of December, 2006 at 12:15 pm**, I:

SERVED a true copy of the **Summons in a Civil Case, Civil Cover Sheet, Complaint, Jury Demand, and Attachments** to LOUIS LANCE (FULFILLMENT SPECIALIST), who stated that they were authorized to accept Service of Process.

**Additional Information pertaining to this Service:**
Served at Business Filings, Inc. at 1015 15th Street, NW, Washington, DC 20041

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

Subscribed and Sworn to before me on the 12th day of January, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Comm Exp. 1-1-2011

Lloyd Ferguson
Process Server

ESQ Process Servers
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2006014297
Ref: Diane Sandusky

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE SANDUSKY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-02040-CKK |
| | ) |
| FLOWERS BY JENI, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 7.1(k) STATEMENT

Pursuant to Local Rule 7.1(k), the following persons are entitled to be served with orders, judgments and stipulations:

James Edward Rubin
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD 20850


FLOWERS BY JENI, INC.
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)


BOAZ EREZ
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)

1

<700>

Respectfully submitted,

/s/
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD 20850
(301) 760 7914
(301) 760 7234
jrubin@rubinemploymentlaw.com

## CERTIFICATE OF SERVICE

I certify that on, January 22, 2007, I served the foregoing by U.S. first class mail, postage prepaid on:

FLOWERS BY JENI, INC.
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)


BOAZ EREZ
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)


/s/
James Edward Rubin

2