CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE SANDUSKY

)
)                1:06-cv-02040-CKK
vs.              )    Civil Action No. _____
)
FLOWES BY JENI, INC.    )
)
)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __22nd__ day of __JANUARY__, __2007__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) FLOWERS BY JENI, INC.

was [were]:    [personally served with process on __DECEMBER 27, 2006__ ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
RUBIN EMPLOYMENT LAW FIRM, P.C.

456945

11 North Washington St, Suite 520
Rockville, MD 20850 301-760-7914

Bar Id. Number                          Address and Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE SANDUSKY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-02040-CKK |
| | ) |
| FLOWERS BY JENI, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 7.1(k) STATEMENT

Pursuant to Local Rule 7.1(k), the following persons are entitled to be served with orders, judgments and stipulations:

        James Edward Rubin
        The Rubin Employment Law Firm, PC
        11 North Washington Street
        Suite 520
        Rockville, MD 20850


        FLOWERS BY JENI, INC.
        5648 3rd Street, N.E.
        Washington, DC 20041
        -or-
        2756 Garfield Ave
        Silver Spring, MD 20910 (alternate address)


        BOAZ EREZ
        5648 3rd Street, N.E.
        Washington, DC 20041
        -or-
        2756 Garfield Ave
        Silver Spring, MD 20910 (alternate address)

Respectfully submitted,

_/s/_____
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD 20850
(301) 760 7914
(301) 760 7234
jrubin@rubinemploymentlaw.com

## CERTIFICATE OF SERVICE

I certify that on, January 22, 2007, I served the foregoing by U.S. first class mail, postage prepaid on:

FLOWERS BY JENI, INC.
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)


BOAZ EREZ
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)


_/s/_____
James Edward Rubin

2