CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DIANE SANDUSKY

_____
            Plaintiff           )
                                )        1:06-cv-02040-CKK
            vs.                 )    Civil Action No. _____
                                )
FLOWERS BY JENI, INC.           )
_____ )
                                )
_____ )
            Defendant


## DEFAULT

It appearing that the above-named defendant(s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ___the 27th___ day of ___DECEMBER___, ___2006___, and an affidavit on behalf of the plaintiff(s) having been filed, it is this _____ day of _____. _____ declared that

_____
_____
_____
_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE SANDUSKY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-02040-CKK |
| | ) |
| FLOWERS BY JENI, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 7.1(k) STATEMENT

Pursuant to Local Rule 7.1(k), the following persons are entitled to be served with orders, judgments and stipulations:

> James Edward Rubin
> The Rubin Employment Law Firm, PC
> 11 North Washington Street
> Suite 520
> Rockville, MD 20850

> FLOWERS BY JENI, INC.
> 5648 3rd Street, N.E.
> Washington, DC 20041
> -or-
> 2756 Garfield Ave
> Silver Spring, MD 20910 (alternate address)

> BOAZ EREZ
> 5648 3rd Street, N.E.
> Washington, DC 20041
> -or-
> 2756 Garfield Ave
> Silver Spring, MD 20910 (alternate address)

Respectfully submitted.

_/s/_____
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD 20850
(301) 760 7914
(301) 760 7234
jrubin@rubinemploymentlaw.com

## CERTIFICATE OF SERVICE

I certify that on, January 22, 2007, I served the foregoing by U.S. first class mail, postage prepaid on:

FLOWERS BY JENI, INC.
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)

BOAZ EREZ
5648 3rd Street, N.E.
Washington, DC 20041
-or-
2756 Garfield Ave
Silver Spring, MD 20910 (alternate address)

_____/s/_____
James Edward Rubin