Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DIANE SANDUSKY

_____
              Plaintiff(s)

                                                    Civil Action No.  06-2040 CKK_____

        V.

FLOWERS BY JENI INC., et al

_____
              Defendant(s)

RE:

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint      on      December 27, 2006      , and an affidavit on behalf of the plaintiff having been filed, it is this _23rd_ day of ___January___ , _2007_ declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

                                              N. Wilkens
By: _____
                                          Deputy Clerk