Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DIANE SANDUSKY

    Plaintiff(s)

    V.

Civil Action No. 06-2040 CKK

FLOWERS BY JENI, INC. et al

    Defendant(s)

RE: FLOWERS BY JENI, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 27, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of January, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
N. Wilkens
Deputy Clerk