IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE SANDUSKY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No.  1:06-cv-02040-CKK |
| | ) |
| FLOWERS BY JENI, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Default Judgment against Flowers By Jeni, Inc., it is this _____7th_____ day of _Feb._, 2007,

ORDERED, that the Plaintiff's Motion for Default Judgment against Flowers By Jeni, Inc., and is hereby, GRANTED; and it is further

ORDERED, that judgment is hereby entered in favor of the plaintiff Diane Sandusky in the amount of $1,733.55 for unpaid overtime, against the defendant Flowers By Jeni, Inc.; and it is further,

ORDERED, that judgment is hereby entered in favor of the plaintiff Diane Sandusky in the amount of $1,733.55 for liquidated damages, against the defendant Flowers By Jeni, Inc.; and it is further,

ORDERED, that judgment is hereby entered in favor of the plaintiff Diane Sandusky in the amount of $8,835.39 for unpaid wages and expenses against the defendant Flowers By Jeni, Inc.; and it is further

ORDERED, that judgment is hereby entered in favor of the plaintiff Diane Sandusky in the amount of $8,635 for costs and reasonable attorney's fees against the defendant Flowers By

Jeni, Inc.; and it is further

ORDERED, that a declaratory judgment is hereby entered in favor of the plaintiff Diane Sandusky against the defendant Flowers By Jeni, Inc. declaring that June 15, 2006 Employee Secrecy and Non-Compete Agreement is rescinded and unenforceable, *as it has not been signed by the employer*, and it is further,

ORDERED, that the Clerk shall make an appropriate entry on the docket in this case reflecting these awards to Plaintiff.

_____
Honorable Judge Colleen Kollar-Kotelly,
United States District Judge